# APPENDIX A
## The Challenged Funds vs. the Comparator Funds—As Alleged in the Complaint

*Johnson v. Wells Fargo & Company, No. ____ (D. Minn.); Class Action Complaint ¶¶ 40–66, 80–95, 112–125, 152–164 and Table 10 (¶ 216); Every figure copied as printed from the funds' Morningstar Investment Profiles, reproduced as the Complaint pleads it, or computed from the figures shown*

| Part | Challenged Fund | Comparator Funds (as pleaded) | Also shown | Comparability pleaded at | Returns pleaded at | Assets, Dec. 31, 2024 ($M; Tbl. 10) | Alleged loss vs. comparator avg. ($M; Tbl. 10) | Pages |
|---|---|---|---|---|---|---|---|---|
| I | Large Cap Growth Fund (the "LCG Fund") | American Century Growth R6; Loomis Sayles Growth Y; Janus Henderson Forty I; JPMorgan Large Cap Growth R6 (¶ 80) | Morningstar Large Growth category average (¶ 88) | ¶¶ 80–95 | Tables 1.a–1.e (¶¶ 98–104) | 4,141.0 | 699.3 (2021–2025) | A-2 to A-3 |
| II | Small Cap Fund (the "SC Fund") | DFA US Small Cap I; Nuveen Quant Small Cap Equity R6; Federated Hermes MDT Small Cap Core R6; Fidelity Advisor Small Cap I (¶ 112) | State Street Russell Small Cap Index NL Cl K (structural benchmark, ¶ 113); Morningstar Small Blend category average (¶ 119) | ¶¶ 112–125 | Tables 2.a–2.c (¶¶ 127–133) | 1,637.1 | 187.0 (2023–2025) | A-4 to A-5 |
| III | State Street TDF Series, 2035–2060 vintages | American Funds Target Date Retirement R-6; Fidelity Freedom K6; Vanguard Target Retirement (¶ 152) | — | ¶¶ 152–164 | Tables 4.a–9.b (¶¶ 168–209) | 293.8 to 1,461.7 by vintage | 153.8 (2024–2025) | A-6 to A-11 |

### As alleged, in summary

**Same structure.** The LCG Fund and the LCG Comparator Funds are all actively managed, all in Morningstar's Large Growth category, and each reports its performance against the Russell 1000 Growth, alone or beside the S&P 500 (¶¶ 88, 92). The SC Fund, every SC Comparator Fund, and the Plan's Russell 2000 index fund sit in the Small Blend category and are measured against the Russell 2000 (¶¶ 119, 121). Each vintage of the State Street TDF Series and its comparators share the same Target-Date category and a through-retirement glide path (¶¶ 153, 156).

**Same allocations.** The LCG Fund and its comparators hold approximately 98.8% to 99.7% of assets in equities and approximately 91.2% to 96.9% of assets in U.S. equities (¶¶ 84–85). On a look-through basis, the SC Fund holds approximately 98.2% of its assets in U.S. equities, the same posture as the SC Comparator Funds (¶¶ 114–116). At every vintage the State Street TDF Series' total equity allocation is within approximately 2.6 percentage points of the Comparator TDFs' average (¶ 155).

**Same risk.** The LCG funds' three-year standard deviations fall within a band of 16.51 to 17.55, with the Fund at its low end (¶ 91); the SC Fund's (18.84) sits inside the SC Comparator Funds' band (17.75 to 20.09) (¶ 124); and at every vintage the Series' three-year standard deviation sits within approximately one percentage point of the Comparator TDFs' average (¶ 159).

**Lower cost.** The LCG Fund's expense ratio (0.34%) is below every comparator's (¶ 92); the SC Fund's (0.42%) sits inside the comparators' range (¶ 121); and the State Street TDF Series is the least expensive fund at every vintage (¶¶ 160–161).

In the charts that follow, the shaded columns show the Challenged Fund. The "Comparator avg." column reproduces the average, the difference between the Fund and the average, or the range as pleaded in the Complaint. Where the Complaint pleads none of these, the column is blank, except that on A-6 to A-11 the U.S. equity and non-U.S. equity rows state the Comparator TDFs' average and the Series' difference from it, computed from the figures shown (¶ 155). The Plan's State Street Russell Small Cap Index NL Cl K is shown in gray as a structural benchmark. As alleged in the Complaint, it is excluded from every average and every damages figure (¶ 113). Risk statistics are displayed to two decimal places, and an em-dash (—) reproduces Morningstar's symbol for no data.

# Large Cap Growth Fund vs. the LCG Comparator Funds—structure, allocation and risk

Plan assets: $4,141.0M at Dec. 31, 2024 (Tbl. 10); Alleged loss vs. comparator average: $699.3M, 2021–2025 (Tbl. 10); Comparability: ¶¶ 80–95

*All data as alleged in the Complaint (¶¶ 40–48, 80–95 and the tables there) and as printed on the Morningstar Investment Profiles the Complaint cites (¶ 82 n.21; ¶ 90 n.24; ¶ 92 n.25).*

| | Challenged Fund | LCG Comparator Funds (¶ 80) | | | | |
|---|---|---|---|---|---|---|
| | **LCG Fund** CIT | **American Century Growth R6** MF | **Loomis Sayles Growth Y** MF | **Janus Henderson Forty I** MF | **JPMorgan Large Cap Growth R6** MF | **Comparator avg. (Fund v. avg.)** as pleaded |
| **Structure (¶¶ 40–48, 88, 92–93)** | | | | | | |
| **Management** | **Active** | Active | Active | Active | Active | all active |
| **Vehicle** | **Custom multi-manager CIT** | Mutual fund (inst. class) | Mutual fund (inst. class) | Mutual fund (inst. class) | Mutual fund (inst. class) | 1 CIT; 4 MF |
| **Inception** | **October 8, 2009** | July 26, 2013 | May 16, 1991 | November 28, 2005 | November 30, 2010 | |
| **Total assets, $M** | **4,040.43** | 1,154.94 | 13,954.29 | 2,358.25 | 67,510.08 | |
| **Expense ratio** | **0.3400%** | 0.48% | 0.65% | 0.64% | 0.44% | 0.44%–0.65% (Fund below all) |
| **Morningstar category** | **Large Growth** | Large Growth | Large Growth | Large Growth | Large Growth | all Large Growth |
| **Investment style** | **Large Growth** | Large Growth | Large Blend | Large Growth | Large Growth | 3 Large Growth; 1 Large Blend |
| **Turnover** | **19.64%** | 38.00% | 7.00% | 33.00% | 52.00% | |
| **Prospectus benchmark** | **Russell 1000 Growth** | S&P 500; Russell 1000 Growth | Russell 1000 Growth; S&P 500 | Russell 1000 Growth; S&P 500 | Russell 1000 Growth (performance); Russell 1000 (regulatory) | all Russell 1000 Growth |
| **Asset allocation, % (¶¶ 83–85)** | | | | | | |
| **U.S. equity** | **94.92** | 96.86 | 93.03 | 91.18 | 96.85 | 94.48 (+0.44) |
| **Non-U.S. equity** | **4.01** | 2.82 | 6.36 | 7.59 | 2.11 | 4.72 (-0.71) |
| **Total equity** | **98.93** | 99.68 | 99.39 | 98.77 | 98.96 | 99.20 (-0.27) |
| **Fixed income** | **0.04** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 (+0.04) |
| **Other** | **0.27** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 (+0.27) |
| **Cash** | **0.75** | 0.32 | 0.61 | 1.23 | 1.04 | 0.80 (-0.05) |
| **Three-year risk statistics (¶¶ 90–91)** | | | | | | |
| **Standard deviation, 3-yr** | **16.51** | 16.73 | 17.55 | 17.52 | 17.12 | 17.23 |
| **Beta, 3-yr** | **0.99** | 0.98 | 0.98 | 0.95 | 0.98 | 0.97 |
| **$R^2$, 3-yr** | **97.49** | 98.24 | 88.29 | 94.34 | 93.86 | 93.68 |
| **Alpha, 3-yr** | **-3.91** | -1.38 | -2.71 | -1.85 | -1.64 | |
| **Calendar-year return volatility, 2016–25 (Tbl. 1.b)** | **23.37** | 22.62 | 22.67 | 22.90 | 24.45 | 23.16 |
| **Calculation benchmark** | **Russell 1000 Growth TR USD** | Russell 1000 Growth TR USD | Russell 1000 Growth TR USD | Morningstar US LM Brd Growth TR USD | Russell 1000 Growth TR USD | |

**Same allocations.** The Fund's total equity allocation (approximately 98.9%) differs from the LCG Comparator Funds' average (approximately 99.2%) by less than one percentage point; every fund in the group holds approximately 98.8% to 99.7% of its assets in equities and invests approximately 91.2% to 96.9% of its assets in U.S. equities (¶¶ 84–85).

**Same risk.** All five funds' three-year standard deviations fall within a band of 16.51 to 17.55, with the Fund at its low end; every beta sits near 1.0 (0.95 to 0.99) and every $R^2$ is high (88.29 to 98.24) (¶ 91).

**Lower cost.** The Fund's expense ratio (0.34%) is below every comparator's (0.44% to 0.65%), so that its underperformance is net of a cost advantage (¶ 92).

# Large Cap Growth Fund vs. the LCG Comparator Funds—sector weights and portfolio style measures

The per-fund figures behind the comparator averages the Complaint pleads at ¶¶ 86–88

*All data as printed on the Morningstar Investment Profiles the Complaint cites (¶ 82 n.21); the last column as the Complaint pleads it (¶¶ 86, 88).*

| | Challenged Fund | LCG Comparator Funds (¶ 80) | | | | |
|---|---|---|---|---|---|---|
| | **LCG Fund** CIT | **American Century Growth R6** MF | **Loomis Sayles Growth Y** MF | **Janus Henderson Forty I** MF | **JPMorgan Large Cap Growth R6** MF | **Comparator avg. (Fund v. avg.) / category avg.** as pleaded |
| **Sector weights, % of each fund's stock holdings, as reported by Morningstar (¶¶ 86–87)** | | | | | | |
| **Technology** | **47.62** | 51.74 | 28.53 | 45.91 | 54.59 | 45.19 (+2.43) |
| **Consumer Cyclical** | **12.96** | 10.25 | 17.82 | 12.76 | 4.72 | 11.39 (+1.57) |
| **Healthcare** | **11.32** | 6.41 | 11.72 | 13.15 | 6.91 | 9.55 (+1.77) |
| **Financial Services** | **10.63** | 5.28 | 6.67 | 2.79 | 4.14 | 4.72 (+5.91) |
| **Communication Services** | **10.19** | 15.30 | 23.85 | 10.68 | 11.78 | 15.40 (-5.21) |
| **Industrials** | **4.41** | 8.65 | 7.62 | 14.71 | 11.76 | 10.69 (-6.28) |
| **Consumer Defensive** | **0.90** | 1.93 | 3.80 | 0.00 | 4.44 | 2.54 (-1.64) |
| **Basic Materials** | **0.72** | 0.00 | 0.00 | 0.00 | 0.60 | 0.15 (+0.57) |
| **Energy** | **0.54** | 0.17 | 0.00 | 0.00 | 1.07 | 0.31 (+0.23) |
| **Utilities** | **0.43** | 0.25 | 0.00 | 0.00 | 0.00 | 0.06 (+0.37) |
| **Real Estate** | **0.29** | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 (+0.29) |
| **Portfolio style measures (¶ 88)—the last column is the Morningstar Large Growth category average** | | | | | | |
| **Price/Earnings** | **26.71** | 27.35 | 23.06 | 26.47 | 26.31 | 28.04 |
| **Price/Book** | **7.41** | 8.92 | 6.05 | 7.34 | 9.37 | 7.77 |
| **Price/Sales** | **5.56** | 5.93 | 5.05 | 5.07 | 7.23 | 5.56 |
| **Price/Cash Flow** | **18.91** | 19.09 | 15.65 | 18.58 | 22.08 | 20.04 |
| **Dividend Yield %** | **0.60** | 0.43 | — | 0.46 | — | 0.58 |
| **Long-Term Earnings %** | **12.88** | 15.96 | 12.88 | 17.55 | 17.25 | — |
| **Historical Earnings %** | **18.70** | 25.39 | 19.28 | 27.42 | 21.73 | 21.41 |

**Same sectors.** Technology is the largest sector allocation for both the Fund and every LCG Comparator Fund. The Fund's Technology weighting (47.62%) is within approximately 2.4 percentage points of the comparators' average. In eight of the eleven sectors, the Fund's allocation differs from the comparator average by approximately two and one-half percentage points or less. The larger differences in the remaining three sectors—financial services (5.9 points over), industrials (6.3 points under), and communication services (5.2 points under)—are the Fund's managers' allocation tilts. Each fund's top three sectors account for approximately 70.2% to 78.1% of its portfolio (¶ 87).

**Same style.** All of the funds are classified in the Large Growth category. The Fund's centroid falls within the Large Growth box, as do the centroids of American, Janus, and JPMorgan. As of June 30, 2026, Loomis's centroid was in the adjacent Large Blend box, although Morningstar continues to classify the fund as Large Growth. On each of the four valuation measures, the Fund falls within the range of the four comparators, and its long-term earnings-growth estimate (12.88%) equals the low end of the comparators' range (12.88% to 17.55%) (¶ 88).

# Small Cap Fund vs. the SC Comparator Funds—structure, allocation and risk

Plan assets: $1,637.1M at Dec. 31, 2024 (Tbl. 10); Alleged loss vs. comparator average: $187.0M, 2023–2025 (Tbl. 10); Comparability: ¶¶ 112–125

*All data as alleged in the Complaint (¶¶ 49–55, 112–125 and the tables there) and as printed on the Morningstar Investment Profiles the Complaint cites (¶ 113 n.30; ¶ 119 n.31; ¶ 121 n.32; ¶ 123 n.33).*

| | **Challenged Fund** | **SC Comparator Funds (¶ 112)** | | | | | **Structural benchmark (¶ 113) — excluded from every average** |
|---|---|---|---|---|---|---|---|
| | **SC Fund** CIT | **DFA US Small Cap I** MF | **Nuveen Quant Small Cap Equity R6** MF | **Federated Hermes MDT Small Cap Core R6** MF | **Fidelity Advisor Small Cap I** MF | **Comparator avg. (Fund v. avg.)** as pleaded | **SS Russell Small Cap Index NL Cl K** index CIT |
| **Structure (¶¶ 49–55, 119, 121–122)** | | | | | | | |
| **Management** | **Active** | Active | Active | Active | Active | all active | Passive (index) |
| **Vehicle** | **Custom multi-manager CIT** | Mutual fund (inst. class) | Mutual fund (inst. class) | Mutual fund (inst. class) | Mutual fund (inst. class) | 1 CIT; 4 MF | Index CIT |
| **Inception** | **October 8, 2009** | March 19, 1992 | October 1, 2002 | June 29, 2016 | September 9, 1998 | | March 16, 2018 |
| **Total assets, $M** | **1,538.46** | 19,721.34 | 2,850.46 | 324.09 | 666.14 | | 935.00 |
| **Expense ratio** | **0.4200%** | 0.27% | 0.40% | 0.88% | 0.95% | 0.27%–0.95% (Fund inside) | 0.04% |
| **Morningstar category** | **Small Blend** | Small Blend | Small Blend | Small Blend | Small Blend | all Small Blend | Small Blend |
| **Investment style** | **Small Value** | Small Blend | Small Blend | Small Blend | Small Growth | 3 Small Blend; 1 Small Growth | Small Blend |
| **Turnover** | **19.18%** | 6.00% | 76.00% | 82.00% | 34.00% | | 13.63% |
| **Prospectus benchmark** | **Russell 2000** | Russell 2000 | Russell 2000 | Russell 2000 | Russell 2000 | all Russell 2000 | Russell 2000 |
| **Asset allocation, % (¶¶ 114–116)—the look-through rows restate the Fund's "Other" (its 33.98% index-sleeve position) as U.S. equity (¶ 114)** | | | | | | | |
| **U.S. equity** | **65.35** | 88.42 | 96.71 | 94.06 | 84.77 | 90.99 | 96.87 |
| **U.S. equity, *look-through*** | **98.22** | | | | | 90.99 (+7.23) | |
| **Non-U.S. equity** | **1.12** | 1.38 | 2.78 | 1.75 | 6.67 | 3.15 (-2.03) | 2.40 |
| **Total equity** | **66.47** | 89.80 | 99.49 | 95.81 | 91.44 | 94.14 | 99.27 |
| **Total equity, *look-through*** | **99.34** | | | | | 94.14 (+5.21) | |
| **Fixed income** | **0.01** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 (+0.01) | 0.65 |
| **Other (the index sleeve)** | **32.87** | 0.01 | 0.00 | 4.19 | 0.00 | 1.05 (-1.05) look-through | 0.01 |
| **Cash** | **0.65** | 10.20 | 0.51 | 0.00 | 8.57 | 4.82 (-4.17) | 0.07 |
| **Three-year risk statistics (¶¶ 123–124)** | | | | | | | |
| **Standard deviation, 3-yr** | **18.84** | 17.75 | 19.27 | 20.09 | 18.12 | 18.81 | 19.97 |
| **Sharpe ratio, 3-yr** | **0.63** | 0.56 | 0.74 | 0.69 | 0.66 | 0.66 | 0.57 |
| **Beta, 3-yr** | **0.94** | 0.98 | 0.95 | 0.99 | 0.98 | 0.98 | 1.00 |
| **$R^2$, 3-yr** | **98.38** | 98.02 | 97.42 | 96.57 | 93.95 | 96.49 | 100.00 |
| **Alpha, 3-yr** | **-1.54** | 0.35 | 3.35 | 2.59 | 2.36 | | 0.00 |
| **Calendar-year return volatility, 2016–25 (Tbl. 2.a)** | **14.85** | 14.51 | 14.12 | 16.83 | 17.56 | 15.75 | — |
| **Calculation benchmark** | **Russell 2000 TR USD** | Morningstar US Small Cap Ext Mkt TR USD | Russell 2000 TR USD | Russell 2000 TR USD | Morningstar US Small Cap Ext Mkt TR USD | | Russell 2000 TR USD |

**Same allocations.** Taking into account the underlying holdings of its index sleeve, the Fund holds approximately 98.2% of its assets in U.S. equities, the same investment posture as the SC Comparator Funds, each of which holds approximately 89.8% or more of its assets in equities (¶ 114). The 5.2-point difference from the comparators' average total equity allocation is attributable to the cash held by two of the comparators (10.20% and 8.57%) and does not reflect a difference in the market in which the funds invest (¶ 115).

**Same risk.** The Fund's three-year standard deviation (18.84) sits inside the SC Comparator Funds' band (17.75 to 20.09) and above their average (18.81); its Sharpe ratio (0.63) sits inside their band (0.56 to 0.74) and below their average (0.66); every beta is at or near 1.0 (0.94 to 0.99) and every $R^2$ is high (93.95 to 98.38) (¶ 124).

**Comparable cost.** The Fund's expense ratio (0.42%) sits inside the comparators' range (0.27% to 0.95%), and the Plan's Russell 2000 index fund costs 0.04% (¶ 121).

# Small Cap Fund vs. the SC Comparator Funds—sector weights and portfolio style measures

The per-fund figures behind the comparator averages the Complaint pleads at ¶¶ 117–119

*All data as printed on the Morningstar Investment Profiles the Complaint cites (¶ 113 n.30); the last column as the Complaint pleads it (¶¶ 117, 119).*

| | Challenged Fund | SC Comparator Funds (¶ 112) | | | | | Structural benchmark (¶ 113) — excluded from every average |
|---|---|---|---|---|---|---|---|
| | **SC Fund** CIT | **DFA US Small Cap I** MF | **Nuveen Quant Small Cap Equity R6** MF | **Federated Hermes MDT Small Cap Core R6** MF | **Fidelity Advisor Small Cap I** MF | **Comparator avg. (Fund v. avg.) / category avg.** as pleaded | **SS Russell Small Cap Index NL Cl K** index CIT |
| **Sector weights, % of each fund's stock holdings, as reported by Morningstar (¶¶ 117–118)** | | | | | | | |
| **Financial Services** | **23.29** | 20.10 | 16.19 | 19.90 | 16.22 | 18.10 (+5.19) | 18.57 |
| **Industrials** | **13.90** | 19.78 | 14.84 | 16.30 | 19.99 | 17.73 (-3.83) | 13.53 |
| **Healthcare** | **12.44** | 11.67 | 20.82 | 20.52 | 15.29 | 17.08 (-4.64) | 20.07 |
| **Consumer Cyclical** | **12.36** | 13.50 | 8.35 | 7.55 | 12.19 | 10.40 (+1.96) | 9.23 |
| **Technology** | **10.81** | 15.34 | 18.14 | 15.59 | 16.62 | 16.42 (-5.61) | 13.82 |
| **Real Estate** | **7.72** | 0.60 | 5.89 | 7.00 | 3.82 | 4.33 (+3.39) | 6.84 |
| **Energy** | **6.60** | 5.16 | 4.29 | 4.25 | 4.12 | 4.46 (+2.15) | 6.01 |
| **Basic Materials** | **4.68** | 4.66 | 3.98 | 3.25 | 6.65 | 4.64 (+0.05) | 4.21 |
| **Utilities** | **3.70** | 2.52 | 2.61 | 1.63 | 1.94 | 2.18 (+1.53) | 2.79 |
| **Consumer Defensive** | **2.53** | 4.28 | 2.29 | 2.36 | 2.65 | 2.90 (-0.37) | 2.73 |
| **Communication Services** | **1.96** | 2.41 | 2.59 | 1.65 | 0.53 | 1.80 (+0.17) | 2.22 |
| **Portfolio style measures (¶ 119)—the last column is the Morningstar Small Blend category average** | | | | | | | |
| **Price/Earnings** | **14.02** | 15.49 | 16.96 | 15.11 | 18.24 | 15.47 | 15.77 |
| **Price/Book** | **1.50** | 2.10 | 2.28 | 2.14 | 2.68 | 2.01 | 1.97 |
| **Price/Sales** | **0.95** | 1.20 | 1.55 | 1.07 | 1.53 | 1.32 | 1.21 |
| **Price/Cash Flow** | **7.21** | 8.86 | 9.16 | 7.02 | 11.47 | 8.95 | 8.20 |
| **Dividend Yield %** | **1.94** | — | — | — | — | 1.33 | 1.32 |
| **Long-Term Earnings %** | **9.59** | 12.00 | 11.76 | 12.10 | 11.00 | — | 11.87 |
| **Historical Earnings %** | **-16.35** | -0.57 | 2.60 | 2.60 | 3.97 | 0.56 | -2.92 |

**Same sectors.** Financial services, industrials, healthcare, and technology together account for approximately 60.4% of the Fund's equity, approximately 66.9% to 72.3% of each SC Comparator Fund's equity, and approximately 66.0% of the Plan's Russell 2000 index fund's equity. In five of the eleven sectors, the Fund's allocation is within two percentage points of the comparator average, and no sector differs from that average by as much as six points. The differences constitute a value tilt: the Fund's allocations to financial services, real estate, and energy are above the comparator average, while its allocations to technology, healthcare, and industrials are below that average. The Fund's top three sectors account for approximately 49.6% of its equity, compared with approximately 52.8% to 56.7% for the comparators (¶ 118).

**Same category.** Based on three years of portfolio composition, Morningstar assigns the Fund, every SC Comparator Fund, and the Plan's Russell 2000 index fund to the Small Blend category. The Fund's profile reports its investment style as Small Value and Fidelity's as Small Growth. On each of the price/earnings, price/book, and price/sales measures, the Fund's visible holdings fall below the range of the four comparators, whose measures span the category from DFA and Hermes at the value end to Fidelity at the growth end, with the index fund near the category average (¶ 119).

# State Street 2035 TDF vs. the 2035 Comparator TDFs—structure, allocation and risk

Plan assets: $1,238.1M at Dec. 31, 2024 (Tbl. 10); Alleged loss vs. comparator average: $13.5M, 2024–2025 (Tbl. 10); Comparability: ¶¶ 152–164

*All data as alleged in the Complaint (¶¶ 59, 152–164 and the tables there) and as printed on the funds' Morningstar Investment Profiles (¶ 153 n.44; ¶ 158 n.46).*

| | Challenged Fund (the Plan's Class A units; ¶ 59) | Comparator TDFs (¶ 152) | | | |
|---|---|---|---|---|---|
| | **State Street 2035 NL Cl A** CIT | **American Funds 2035 R-6** MF | **Fidelity Freedom 2035 K6** MF | **Vanguard Target Retirement 2035** MF | **Comparator avg. (Series v. avg.)** as pleaded or computed |
| **Structure (¶¶ 59, 153, 156–157, 160–161)** | | | | | |
| **Glide-path design** | **Through retirement** | Through retirement | Through retirement | Through retirement | all through retirement |
| **Vehicle** | **CIF, NL Series Fund Class A** | Mutual fund, Class R-6 | Mutual fund, Class K6 | Mutual fund, Investor Shares | 3 MF |
| **Inception** | **December 29, 2017** | July 13, 2009 | June 7, 2017 | October 27, 2003 | |
| **Total assets, $M** | **1,475.42** | 39,516.59 | 12,280.53 | 127,288.33 | |
| **Expense ratio** | **0.0400%** | 0.34% | 0.38% | 0.08% | Series the least expensive (¶ 160) |
| **Morningstar category** | **Target-Date 2035** | Target-Date 2035 | Target-Date 2035 | Target-Date 2035 | all Target-Date 2035 |
| **Investment style** | **Large Blend** | Large Blend | Large Blend | Large Blend | |
| **Turnover** | **—** | 9.00% | 14.00% | 6.00% | |
| **Asset allocation, % (¶¶ 154–155)** | | | | | |
| **U.S. equity** | **38.87** | 45.03 | 36.22 | 40.02 | 40.42 (-1.55) |
| **Non-U.S. equity** | **29.35** | 17.00 | 32.38 | 26.26 | 25.21 (+4.14) |
| **Total equity** | **68.22** | 62.03 | 68.60 | 66.28 | 65.64 (+2.58) |
| **Fixed income** | **31.19** | 30.69 | 32.20 | 31.95 | |
| **Other** | **0.05** | 0.84 | 1.30 | 0.10 | |
| **Cash** | **0.53** | 6.43 | -2.09 | 1.67 | |
| **Three-year risk statistics (¶¶ 158–159)** | | | | | |
| **Standard deviation, 3-yr** | **9.75** | 9.47 | 10.27 | 9.62 | 9.79 (range 9.47–10.27) |
| **Sharpe ratio, 3-yr** | **0.87** | 0.92 | 0.93 | 0.89 | 0.91 (range 0.89–0.93) |
| **Beta, 3-yr** | **1.02** | 0.84 | 0.91 | 0.86 | |
| **$R^2$, 3-yr** | **99.51** | 97.92 | 97.69 | 99.52 | |
| **Alpha, 3-yr** | **1.19** | 1.02 | 1.18 | 0.69 | |
| **Calculation benchmark** | **Morningstar Lifetime Mod 2035 TR USD** | Morningstar Lifetime Mod 2040 TR USD | Morningstar Lifetime Mod 2040 TR USD | Morningstar Lifetime Mod 2040 TR USD | |

**Same allocations.** At every vintage, the Series' total equity allocation is within approximately 2.6 percentage points of the Comparator TDFs' average, and the Series and its comparators move together up the glide path, from approximately 62.0% to 68.6% in equities at the 2035 vintage to approximately 87.5% to 95.6% at the 2060 vintage (¶ 155). The Comparator TDFs' average holds within approximately 4.9 percentage points of the Series' U.S. equity allocation and within approximately 4.1 points of its non-U.S. equity allocation at every vintage (¶ 155).

**Same risk.** At every vintage, the Series' three-year standard deviation is within approximately one percentage point of the Comparator TDFs' average, and its Sharpe ratio is at or below the lowest Sharpe ratio of any comparator (¶ 159).

**Lower cost.** Under the negotiated fee the Plan put in place on March 31, 2023, the Class A vintages cost 0.04% and 0.041%, compared with 0.34% to 0.45% for the American Funds and Fidelity Freedom vintages and 0.08% for Vanguard (¶¶ 59, 161).

**Glide paths of the same design.** Each of the four series publishes a glide path that continues to reduce equity exposure after the target retirement date, rather than reaching a fixed allocation at retirement. This is a "through retirement" design. Each series begins with approximately 90% or more in equities thirty or more years before the target date and reduces its equity allocation as the target date approaches (¶ 156).

# State Street 2040 TDF vs. the 2040 Comparator TDFs—structure, allocation and risk

Plan assets: $1,440.7M at Dec. 31, 2024 (Tbl. 10); Alleged loss vs. comparator average: $40.4M, 2024–2025 (Tbl. 10); Comparability: ¶¶ 152–164

*All data as alleged in the Complaint (¶¶ 59, 152–164 and the tables there) and as printed on the funds' Morningstar Investment Profiles (¶ 153 n.44; ¶ 158 n.46).*

| | Challenged Fund (the Plan's Class A units; ¶ 59) | Comparator TDFs (¶ 152) | | | |
|---|---|---|---|---|---|
| | **State Street 2040 NL Cl A** CIT | **American Funds 2040 R-6** MF | **Fidelity Freedom 2040 K6** MF | **Vanguard Target Retirement 2040** MF | **Comparator avg. (Series v. avg.)** as pleaded or computed |
| **Structure (¶¶ 59, 153, 156–157, 160–161)** | | | | | |
| **Glide-path design** | **Through retirement** | Through retirement | Through retirement | Through retirement | all through retirement |
| **Vehicle** | **CIF, NL Series Fund Class A** | Mutual fund, Class R-6 | Mutual fund, Class K6 | Mutual fund, Investor Shares | 3 MF |
| **Inception** | **December 29, 2017** | July 27, 2009 | June 7, 2017 | June 7, 2006 | |
| **Total assets, $M** | **1,729.34** | 38,261.13 | 12,640.93 | 118,048.72 | |
| **Expense ratio** | **0.0400%** | 0.36% | 0.42% | 0.08% | Series the least expensive (¶ 160) |
| **Morningstar category** | **Target-Date 2040** | Target-Date 2040 | Target-Date 2040 | Target-Date 2040 | all Target-Date 2040 |
| **Investment style** | **Large Blend** | Large Blend | Large Blend | Large Blend | |
| **Turnover** | **—** | 10.00% | 13.00% | 5.00% | |
| **Asset allocation, % (¶¶ 154–155)** | | | | | |
| **U.S. equity** | **42.77** | 52.89 | 44.25 | 44.53 | 47.22 (-4.45) |
| **Non-U.S. equity** | **32.80** | 22.16 | 38.52 | 29.22 | 29.97 (+2.83) |
| **Total equity** | **75.57** | 75.05 | 82.77 | 73.75 | 77.19 (-1.62) |
| **Fixed income** | **23.81** | 18.59 | 17.70 | 24.43 | |
| **Other** | **0.05** | 0.96 | 1.58 | 0.12 | |
| **Cash** | **0.57** | 5.39 | -2.05 | 1.69 | |
| **Three-year risk statistics (¶¶ 158–159)** | | | | | |
| **Standard deviation, 3-yr** | **10.30** | 10.96 | 11.48 | 10.24 | 10.89 (range 10.24–11.48) |
| **Sharpe ratio, 3-yr** | **0.90** | 0.98 | 1.02 | 0.94 | 0.98 (range 0.94–1.02) |
| **Beta, 3-yr** | **1.01** | 1.05 | 0.96 | 0.86 | |
| **$R^2$, 3-yr** | **99.46** | 97.93 | 97.35 | 99.42 | |
| **Alpha, 3-yr** | **0.65** | 0.12 | 1.76 | 0.63 | |
| **Calculation benchmark** | **Morningstar Lifetime Mod 2040 TR USD** | Morningstar US Mod Agg Tgt Alloc NR USD | Morningstar Lifetime Mod 2045 TR USD | Morningstar Lifetime Mod 2045 TR USD | |

**Same allocations.** At every vintage, the Series' total equity allocation is within approximately 2.6 percentage points of the Comparator TDFs' average, and the Series and its comparators move together up the glide path, from approximately 62.0% to 68.6% in equities at the 2035 vintage to approximately 87.5% to 95.6% at the 2060 vintage (¶ 155). The Comparator TDFs' average holds within approximately 4.9 percentage points of the Series' U.S. equity allocation and within approximately 4.1 points of its non-U.S. equity allocation at every vintage (¶ 155).

**Same risk.** At every vintage, the Series' three-year standard deviation is within approximately one percentage point of the Comparator TDFs' average, and its Sharpe ratio is at or below the lowest Sharpe ratio of any comparator (¶ 159).

**Lower cost.** Under the negotiated fee the Plan put in place on March 31, 2023, the Class A vintages cost 0.04% and 0.041%, compared with 0.34% to 0.45% for the American Funds and Fidelity Freedom vintages and 0.08% for Vanguard (¶¶ 59, 161).

**Glide paths of the same design.** Each of the four series publishes a glide path that continues to reduce equity exposure after the target retirement date, rather than reaching a fixed allocation at retirement. This is a "through retirement" design. Each series begins with approximately 90% or more in equities thirty or more years before the target date and reduces its equity allocation as the target date approaches (¶ 156).

# State Street 2045 TDF vs. the 2045 Comparator TDFs — structure, allocation and risk

Plan assets: $1,140.1M at Dec. 31, 2024 (Tbl. 10); Alleged loss vs. comparator average: $36.7M, 2024–2025 (Tbl. 10); Comparability: ¶¶ 152–164

*All data as alleged in the Complaint (¶¶ 59, 152–164 and the tables there) and as printed on the funds' Morningstar Investment Profiles (¶ 153 n.44; ¶ 158 n.46).*

| | Challenged Fund (the Plan's Class A units; ¶ 59) | Comparator TDFs (¶ 152) | | | |
|---|---|---|---|---|---|
| | **State Street 2045 NL Cl A**<br>CIT | **American Funds 2045 R-6**<br>MF | **Fidelity Freedom 2045 K6**<br>MF | **Vanguard Target Retirement 2045**<br>MF | **Comparator avg. (Series v. avg.)**<br>as pleaded or computed |
| **Structure (¶¶ 59, 153, 156–157, 160–161)** | | | | | |
| **Glide-path design** | **Through retirement** | Through retirement | Through retirement | Through retirement | all through retirement |
| **Vehicle** | **CIF, NL Series Fund Class A** | Mutual fund, Class R-6 | Mutual fund, Class K6 | Mutual fund, Investor Shares | 3 MF |
| **Inception** | **December 29, 2017** | July 13, 2009 | June 7, 2017 | October 27, 2003 | |
| **Total assets, $M** | **1,433.10** | 34,316.39 | 11,197.19 | 119,589.13 | |
| **Expense ratio** | **0.0400%** | 0.37% | 0.45% | 0.08% | Series the least expensive (¶ 160) |
| **Morningstar category** | **Target-Date 2045** | Target-Date 2045 | Target-Date 2045 | Target-Date 2045 | all Target-Date 2045 |
| **Investment style** | **Large Blend** | Large Blend | Large Blend | Large Blend | |
| **Turnover** | **—** | 9.00% | 12.00% | 4.00% | |
| **Asset allocation, % (¶¶ 154–155)** | | | | | |
| **U.S. equity** | **46.31** | 57.73 | 49.09 | 46.90 | 51.24 (-4.93) |
| **Non-U.S. equity** | **35.60** | 26.00 | 42.70 | 30.99 | 33.23 (+2.37) |
| **Total equity** | **81.91** | 83.73 | 91.79 | 77.89 | 84.47 (-2.56) |
| **Fixed income** | **17.44** | 10.66 | 9.26 | 16.43 | |
| **Other** | **0.06** | 1.34 | 1.74 | 0.12 | |
| **Cash** | **0.60** | 4.27 | -2.78 | 5.55 | |
| **Three-year risk statistics (¶¶ 158–159)** | | | | | |
| **Standard deviation, 3-yr** | **10.74** | 11.63 | 12.12 | 10.87 | 11.54 (range 10.87–12.12) |
| **Sharpe ratio, 3-yr** | **0.93** | 0.98 | 1.07 | 0.98 | 1.01 (range 0.98–1.07) |
| **Beta, 3-yr** | **1.05** | 1.11 | 0.97 | 0.92 | |
| **$R^2$, 3-yr** | **99.51** | 97.70 | 97.29 | 99.42 | |
| **Alpha, 3-yr** | **0.98** | 0.22 | 1.98 | 1.06 | |
| **Calculation benchmark** | **Morningstar Lifetime Mod 2040 TR USD** | Morningstar US Mod Agg Tgt Alloc NR USD | Morningstar Lifetime Mod 2055 TR USD | Morningstar Lifetime Mod 2045 TR USD | |

**Same allocations.** At every vintage, the Series' total equity allocation is within approximately 2.6 percentage points of the Comparator TDFs' average, and the Series and its comparators move together up the glide path, from approximately 62.0% to 68.6% in equities at the 2035 vintage to approximately 87.5% to 95.6% at the 2060 vintage (¶ 155). The Comparator TDFs' average holds within approximately 4.9 percentage points of the Series' U.S. equity allocation and within approximately 4.1 points of its non-U.S. equity allocation at every vintage (¶ 155).

**Same risk.** At every vintage, the Series' three-year standard deviation is within approximately one percentage point of the Comparator TDFs' average, and its Sharpe ratio is at or below the lowest Sharpe ratio of any comparator (¶ 159).

**Lower cost.** Under the negotiated fee the Plan put in place on March 31, 2023, the Class A vintages cost 0.04% and 0.041%, compared with 0.34% to 0.45% for the American Funds and Fidelity Freedom vintages and 0.08% for Vanguard (¶¶ 59, 161).

**Glide paths of the same design.** Each of the four series publishes a glide path that continues to reduce equity exposure after the target retirement date, rather than reaching a fixed allocation at retirement. This is a "through retirement" design. Each series begins with approximately 90% or more in equities thirty or more years before the target date and reduces its equity allocation as the target date approaches (¶ 156).

# State Street 2050 TDF vs. the 2050 Comparator TDFs — structure, allocation and risk

Plan assets: $1,461.7M at Dec. 31, 2024 (Tbl. 10); Alleged loss vs. comparator average: $40.2M, 2024–2025 (Tbl. 10); Comparability: ¶¶ 152–164

*All data as alleged in the Complaint (¶¶ 59, 152–164 and the tables there) and as printed on the funds' Morningstar Investment Profiles (¶ 153 n.44; ¶ 158 n.46).*

| | Challenged Fund (the Plan's Class A units; ¶ 59) | Comparator TDFs (¶ 152) | | | |
|---|---|---|---|---|---|
| | **State Street 2050 NL Cl A**<br>CIT | **American Funds 2050 R-6**<br>MF | **Fidelity Freedom 2050 K6**<br>MF | **Vanguard Target Retirement 2050**<br>MF | **Comparator avg. (Series v. avg.)**<br>as pleaded or computed |
| **Structure (¶¶ 59, 153, 156–157, 160–161)** | | | | | |
| **Glide-path design** | **Through retirement** | Through retirement | Through retirement | Through retirement | all through retirement |
| **Vehicle** | **CIF, NL Series Fund Class A** | Mutual fund, Class R-6 | Mutual fund, Class K6 | Mutual fund, Investor Shares | 3 MF |
| **Inception** | **December 29, 2017** | July 13, 2009 | June 7, 2017 | June 7, 2006 | |
| **Total assets, $M** | **1,788.62** | 31,210.00 | 10,545.21 | 106,897.76 | |
| **Expense ratio** | **0.0400%** | 0.37% | 0.45% | 0.08% | Series the least expensive (¶ 160) |
| **Morningstar category** | **Target-Date 2050** | Target-Date 2050 | Target-Date 2050 | Target-Date 2050 | all Target-Date 2050 |
| **Investment style** | **Large Blend** | Large Blend | Large Blend | Large Blend | |
| **Turnover** | **—** | 9.00% | 12.00% | 2.00% | |
| **Asset allocation, % (¶¶ 154–155)** | | | | | |
| **U.S. equity** | **49.01** | 58.96 | 50.17 | 52.04 | 53.72 (-4.71) |
| **Non-U.S. equity** | **37.74** | 26.82 | 43.49 | 34.42 | 34.91 (+2.83) |
| **Total equity** | **86.75** | 85.78 | 93.66 | 86.46 | 88.63 (-1.88) |
| **Fixed income** | **12.57** | 8.54 | 7.90 | 9.39 | |
| **Other** | **0.06** | 0.98 | 1.78 | 0.14 | |
| **Cash** | **0.62** | 4.70 | -3.33 | 4.00 | |
| **Three-year risk statistics (¶¶ 158–159)** | | | | | |
| **Standard deviation, 3-yr** | **11.17** | 11.91 | 12.21 | 11.46 | 11.86 (range 11.46–12.21) |
| **Sharpe ratio, 3-yr** | **0.95** | 0.97 | 1.06 | 1.01 | 1.01 (range 0.97–1.06) |
| **Beta, 3-yr** | **1.04** | 1.14 | 0.97 | 0.94 | |
| **$R^2$, 3-yr** | **99.54** | 97.56 | 97.26 | 99.34 | |
| **Alpha, 3-yr** | **0.47** | 0.12 | 1.96 | 1.14 | |
| **Calculation benchmark** | **Morningstar Lifetime Mod 2045 TR USD** | Morningstar US Mod Agg Tgt Alloc NR USD | Morningstar Lifetime Mod 2055 TR USD | Morningstar Lifetime Mod 2050 TR USD | |

**Same allocations.** At every vintage, the Series' total equity allocation is within approximately 2.6 percentage points of the Comparator TDFs' average, and the Series and its comparators move together up the glide path, from approximately 62.0% to 68.6% in equities at the 2035 vintage to approximately 87.5% to 95.6% at the 2060 vintage (¶ 155). The Comparator TDFs' average holds within approximately 4.9 percentage points of the Series' U.S. equity allocation and within approximately 4.1 points of its non-U.S. equity allocation at every vintage (¶ 155).

**Same risk.** At every vintage, the Series' three-year standard deviation is within approximately one percentage point of the Comparator TDFs' average, and its Sharpe ratio is at or below the lowest Sharpe ratio of any comparator (¶ 159).

**Lower cost.** Under the negotiated fee the Plan put in place on March 31, 2023, the Class A vintages cost 0.04% and 0.041%, compared with 0.34% to 0.45% for the American Funds and Fidelity Freedom vintages and 0.08% for Vanguard (¶¶ 59, 161).

**Glide paths of the same design.** Each of the four series publishes a glide path that continues to reduce equity exposure after the target retirement date, rather than reaching a fixed allocation at retirement. This is a "through retirement" design. Each series begins with approximately 90% or more in equities thirty or more years before the target date and reduces its equity allocation as the target date approaches (¶ 156).

# State Street 2055 TDF vs. the 2055 Comparator TDFs — structure, allocation and risk

Plan assets: $652.4M at Dec. 31, 2024 (Tbl. 10); Alleged loss vs. comparator average: $15.8M, 2024–2025 (Tbl. 10); Comparability: ¶¶ 152–164

*All data as alleged in the Complaint (¶¶ 59, 152–164 and the tables there) and as printed on the funds' Morningstar Investment Profiles (¶ 153 n.44; ¶ 158 n.46).*

| | Challenged Fund (the Plan's Class A units; ¶ 59) | Comparator TDFs (¶ 152) | | | |
|---|---|---|---|---|---|
| | **State Street 2055 NL Cl A** CIT | **American Funds 2055 R-6** MF | **Fidelity Freedom 2055 K6** MF | **Vanguard Target Retirement 2055** MF | **Comparator avg. (Series v. avg.)** as pleaded or computed |
| **Structure (¶¶ 59, 153, 156–157, 160–161)** | | | | | |
| **Glide-path design** | **Through retirement** | Through retirement | Through retirement | Through retirement | all through retirement |
| **Vehicle** | **CIF, NL Series Fund Class A** | Mutual fund, Class R-6 | Mutual fund, Class K6 | Mutual fund, Investor Shares | 3 MF |
| **Inception** | **December 29, 2017** | February 1, 2010 | June 7, 2017 | August 18, 2010 | |
| **Total assets, $M** | **847.14** | 23,084.42 | 7,635.51 | 75,756.13 | |
| **Expense ratio** | **0.0410%** | 0.38% | 0.45% | 0.08% | Series the least expensive (¶ 160) |
| **Morningstar category** | **Target-Date 2055** | Target-Date 2055 | Target-Date 2055 | Target-Date 2055 | all Target-Date 2055 |
| **Investment style** | **Large Blend** | Large Blend | Large Blend | Large Blend | |
| **Turnover** | **—** | 9.00% | 12.00% | 2.00% | |
| **Asset allocation, % (¶¶ 154–155)** | | | | | |
| **U.S. equity** | **50.62** | 59.85 | 51.04 | 52.63 | 54.51 (-3.89) |
| **Non-U.S. equity** | **39.03** | 27.82 | 44.23 | 34.85 | 35.63 (+3.40) |
| **Total equity** | **89.65** | 87.67 | 95.27 | 87.48 | 90.14 (-0.49) |
| **Fixed income** | **9.65** | 7.17 | 6.52 | 8.51 | |
| **Other** | **0.06** | 1.22 | 1.83 | 0.14 | |
| **Cash** | **0.63** | 3.94 | -3.59 | 3.86 | |
| **Three-year risk statistics (¶¶ 158–159)** | | | | | |
| **Standard deviation, 3-yr** | **11.28** | 12.26 | 12.26 | 11.50 | 12.01 (range 11.50–12.26) |
| **Sharpe ratio, 3-yr** | **0.96** | 0.96 | 1.07 | 1.01 | 1.01 (range 0.96–1.07) |
| **Beta, 3-yr** | **1.06** | 0.96 | 0.98 | 0.94 | |
| **$R^2$, 3-yr** | **99.51** | 97.34 | 97.29 | 99.35 | |
| **Alpha, 3-yr** | **0.58** | -0.70 | 1.98 | 1.14 | |
| **Calculation benchmark** | **Morningstar Lifetime Mod 2045 TR USD** | MSCI ACWI NR USD | Morningstar Lifetime Mod 2055 TR USD | Morningstar Lifetime Mod 2050 TR USD | |

**Same allocations.** At every vintage, the Series' total equity allocation is within approximately 2.6 percentage points of the Comparator TDFs' average, and the Series and its comparators move together up the glide path, from approximately 62.0% to 68.6% in equities at the 2035 vintage to approximately 87.5% to 95.6% at the 2060 vintage (¶ 155). The Comparator TDFs' average holds within approximately 4.9 percentage points of the Series' U.S. equity allocation and within approximately 4.1 points of its non-U.S. equity allocation at every vintage (¶ 155).

**Same risk.** At every vintage, the Series' three-year standard deviation is within approximately one percentage point of the Comparator TDFs' average, and its Sharpe ratio is at or below the lowest Sharpe ratio of any comparator (¶ 159).

**Lower cost.** Under the negotiated fee the Plan put in place on March 31, 2023, the Class A vintages cost 0.04% and 0.041%, compared with 0.34% to 0.45% for the American Funds and Fidelity Freedom vintages and 0.08% for Vanguard (¶¶ 59, 161).

**Glide paths of the same design.** Each of the four series publishes a glide path that continues to reduce equity exposure after the target retirement date, rather than reaching a fixed allocation at retirement. This is a "through retirement" design. Each series begins with approximately 90% or more in equities thirty or more years before the target date and reduces its equity allocation as the target date approaches (¶ 156).

# State Street 2060 TDF vs. the 2060 Comparator TDFs—structure, allocation and risk

Plan assets: $293.8M at Dec. 31, 2024 (Tbl. 10); Alleged loss vs. comparator average: $7.2M, 2024–2025 (Tbl. 10); Comparability: ¶¶ 152–164

*All data as alleged in the Complaint (¶¶ 59, 152–164 and the tables there) and as printed on the funds' Morningstar Investment Profiles (¶ 153 n.44; ¶ 158 n.46).*

| | Challenged Fund (the Plan's Class A units; ¶ 59) | Comparator TDFs (¶ 152) | | | |
|---|---|---|---|---|---|
| | **State Street 2060 NL Cl A** CIT | **American Funds 2060 R-6** MF | **Fidelity Freedom 2060 K6** MF | **Vanguard Target Retirement 2060** MF | **Comparator avg. (Series v. avg.)** as pleaded or computed |
| **Structure (¶¶ 59, 153, 156–157, 160–161)** | | | | | |
| **Glide-path design** | **Through retirement** | Through retirement | Through retirement | Through retirement | all through retirement |
| **Vehicle** | **CIF, NL Series Fund Class A** | Mutual fund, Class R-6 | Mutual fund, Class K6 | Mutual fund, Investor Shares | 3 MF |
| **Inception** | **December 29, 2017** | March 27, 2015 | June 7, 2017 | January 19, 2012 | |
| **Total assets, $M** | **393.28** | 15,145.34 | 4,490.51 | 46,331.75 | |
| **Expense ratio** | **0.0410%** | 0.39% | 0.45% | 0.08% | Series the least expensive (¶ 160) |
| **Morningstar category** | **Target-Date 2060** | Target-Date 2060 | Target-Date 2060 | Target-Date 2060 | all Target-Date 2060 |
| **Investment style** | **Large Blend** | Large Blend | Large Blend | Large Blend | |
| **Turnover** | **—** | 8.00% | 12.00% | 1.00% | |
| **Asset allocation, % (¶¶ 154–155)** | | | | | |
| **U.S. equity** | **50.62** | 59.53 | 51.20 | 52.61 | 54.45 (-3.83) |
| **Non-U.S. equity** | **39.03** | 28.00 | 44.36 | 34.85 | 35.74 (+3.29) |
| **Total equity** | **89.65** | 87.53 | 95.56 | 87.46 | 90.18 (-0.53) |
| **Fixed income** | **9.66** | 7.06 | 6.25 | 8.51 | |
| **Other** | **0.06** | 0.92 | 1.83 | 0.14 | |
| **Cash** | **0.63** | 4.49 | -3.62 | 3.90 | |
| **Three-year risk statistics (¶¶ 158–159)** | | | | | |
| **Standard deviation, 3-yr** | **11.28** | 12.39 | 12.25 | 11.49 | 12.04 (range 11.49–12.39) |
| **Sharpe ratio, 3-yr** | **0.96** | 0.96 | 1.07 | 1.01 | 1.01 (range 0.96–1.07) |
| **Beta, 3-yr** | **1.05** | 0.97 | 0.98 | 0.94 | |
| **$R^2$, 3-yr** | **99.51** | 97.28 | 97.24 | 99.35 | |
| **Alpha, 3-yr** | **0.58** | -0.78 | 1.99 | 1.15 | |
| **Calculation benchmark** | **Morningstar Lifetime Mod 2045 TR USD** | MSCI ACWI NR USD | Morningstar Lifetime Mod 2055 TR USD | Morningstar Lifetime Mod 2050 TR USD | |

**Same allocations.** At every vintage, the Series' total equity allocation is within approximately 2.6 percentage points of the Comparator TDFs' average, and the Series and its comparators move together up the glide path, from approximately 62.0% to 68.6% in equities at the 2035 vintage to approximately 87.5% to 95.6% at the 2060 vintage (¶ 155). The Comparator TDFs' average holds within approximately 4.9 percentage points of the Series' U.S. equity allocation and within approximately 4.1 points of its non-U.S. equity allocation at every vintage (¶ 155).

**Same risk.** At every vintage, the Series' three-year standard deviation is within approximately one percentage point of the Comparator TDFs' average, and its Sharpe ratio is at or below the lowest Sharpe ratio of any comparator (¶ 159).

**Lower cost.** Under the negotiated fee the Plan put in place on March 31, 2023, the Class A vintages cost 0.04% and 0.041%, compared with 0.34% to 0.45% for the American Funds and Fidelity Freedom vintages and 0.08% for Vanguard (¶¶ 59, 161).

**Glide paths of the same design.** Each of the four series publishes a glide path that continues to reduce equity exposure after the target retirement date, rather than reaching a fixed allocation at retirement. This is a "through retirement" design. Each series begins with approximately 90% or more in equities thirty or more years before the target date and reduces its equity allocation as the target date approaches (¶ 156).